# Order

Michigan Supreme Court
Lansing, Michigan

November 4, 2020

161232

JEFF TRECHA, as Next Friend of
BRADLEY TRECHA,
        Plaintiff-Appellant,

v

BRENDEN REMILLARD,
        Defendant-Appellee.

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC:  161232
COA:  347695
Genesee CC:  17-109425-NI

_____/

        On order of the Court, the application for leave to appeal the March 5, 2020 judgment of the Court of Appeals is considered.  We direct the Clerk to schedule oral argument on the application.  MCR 7.305(H)(1).

        The appellant shall file a supplemental brief within 42 days of the date of this order addressing whether, assuming Bradley Trecha was a participant in the recreational activity of tennis when his injuries occurred, the particular risk that caused his injuries was reasonably foreseeable under the circumstances.  See *Bertin v Mann*, 502 Mich 603, 619-622 (2018).  In addition to the brief, the appellant shall electronically file an appendix conforming to MCR 7.312(D)(2).  In the brief, citations to the record must provide the appendix page numbers as required by MCR 7.312(B)(1).  The appellee shall file a supplemental brief within 21 days of being served with the appellant's brief.  The appellee shall also electronically file an appendix, or in the alternative, stipulate to the use of the appendix filed by the appellant.  A reply, if any, must be filed by the appellant within 14 days of being served with the appellee's brief.  The parties should not submit mere restatements of their application papers.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 4, 2020



Clerk

a1028